IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:04-cr-25-SPM

ARTHUR LEE JONES,

    Defendant.
_____/

## ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion (doc. 42) to modify sentence under the retroactive crack cocaine amendment (Amendment 750) and 18 U.S.C. § 3582(c). The government is opposed to any sentence reduction (doc. 41). Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentence.

Jones was sentenced in 2004 to a term of 186 months. Jones' guideline range at the time of sentencing was 292 to 365 months, based on a total offense level of 35. However, Jones received a downward departure because of a substantial assistance motion that was filed by the Government prior to his sentencing. This substantial assistance motion resulted in a sentence that was

approximately 64% from the low end of the guideline range.

In 2008, Jones received a sentence reduction pursuant to Amendment 706. Based on a revised total offense level of 33 and a criminal history category of VI, the guideline range would have been 235 to 293. However, Jones was subject to a statutory mandatory minimum of 240 months which sets the floor for his guideline range. Therefore, his guideline range became 240 to 293 months. Jones' sentence was reduced to 149 months, which was approximately a 64% reduction from the low end of the revised guideline range.

As a result of Amendment 750, Jones' revised total offense level is 31 and based on a criminal history category of VI, Jones' guideline range would have been 188 to 235. However, as mentioned above, because of the mandatory minimum of 240 months, the low end of Jones' guideline range cannot be lower than 240 months. Applying the same calculation that was used in determining Jones' sentence pursuant to the substantial assistance motion, and Amendment 706, the sentence remains the same. Therefore, Jones is not entitled to a reduction. Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 42) to modify sentence is denied.

DONE AND ORDERED this 25th day of January, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge